UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation,<br><br>                            Plaintiff,<br>v.<br><br>UNITED RENEWABLE ENERGY CO., LTD., a Taiwanese corporation dba URECO; BANK OF AMERICA, National Association, a corporation,<br><br>                           Defendants. | Case No.: 23-CV-2353 TWR (DEB)<br><br>**ORDER GRANTING DEFENDANT URECO'S REQUEST FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION FOR OSC AND TRO**<br><br>(ECF Nos. 18, 19) |

     Presently before the Court are Defendant United Renewable Energy Co., LTD.'s ("URECO") Request for Leave to File a Surreply in Opposition to Plaintiff's *Ex Parte* Application for OSC and TRO, ("*Ex Parte* Application"), (ECF No. 18, "Mot.") and Plaintiff Consolidated Electrical Distributors, Inc.'s Opposition to Defendant URECO's Request for Leave to File Surreply (ECF No. 19, "Opp."). Having reviewed the Parties' submissions and relevant law, the Court **GRANTS** the Motion.

     A decision to grant or deny leave to file a surreply is generally committed to the "sound discretion" of the court. *See SEC v. Seaboard Corp.*, 677 F.2d 1301, 1314 (9th Cir. 1982) ("[A]cceptance or rejection of argumentative briefs, memoranda, and other

supplementary material is within the sound discretion of the court."). On January 15, 2023, Plaintiff replied to URECO's Opposition to Plaintiff's *Ex Parte* Application. (*See generally* ECF No. 16, "Reply".) In its Reply, Plaintiff raised many novel arguments regarding fraud that it had failed to raise in its *Ex Parte* Application filed on January 15, 2024. (*Compare id.*, *with* ECF No. 3.) URECO now seeks leave to address those new arguments in a surreply. (Mot. at 2). If the Court is to consider the new arguments untimely introduced in Plaintiff's Reply, it is only fair to allow Defendant the opportunity to respond. Accordingly, the Court **GRANTS** URECO leave to file a surreply, not to exceed five (5) pages, on or before Friday, January 19, 2024.

**IT IS SO ORDERED.**

Dated: January 18, 2024

Honorable Todd W. Robinson
United States District Judge